UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. __09-21385__

ELECTRI INTERNATIONAL –
THE FOUNDATION FOR ELECTRICAL
CONSTRUCTION, INC.,

   Plaintiff,

v.

KROLL INC. and
KROLL ASSOCIATES, INC.,

   Defendants.

CIV-KING

MAGISTRATE
BANDSTRA

**DISCLOSURE STATEMENT FORM**

Please check one box:

☑ The nongovernmental corporate party, <u>ELECTRI International – The Foundation for Electrical Construction, Inc.</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_5/21/09_
Date

s/ _[signature]_
Michael S. Olin (FL Bar No. 220310)
*Counsel for Plaintiff*
*ELECTRI International – The Foundation for*
*Electrical Construction, Inc.*

## Federal Rule of Civil Procedure 7.1 Disclosure Statement

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% more of its stock or states that there is no such corporation.

(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
    (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
    (2)    promptly file a supplemental statement upon any change in the information that the statement requires.