UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21385 CIV-HUCK/O'SULLIVAN

ELECTRI INTERNATIONAL -
THE FOUNDATION FOR ELECTRICAL
CONSTRUCTION, INC.,

    Plaintiff,

vs.

KROLL, INC. and
KROLL ASSOCIATES, INC.

    Defendants.
_____/

**SECOND AMENDED STATUS REPORT**

On August 14, 2009, pursuant to the Court's Order for Status Report to Be Filed, entered August 11, 2009, ELECTRI International – The Foundation for Electrical Construction, Inc. ("ELECTRI") submitted its Status Report, explaining to the Court that ELECTRI had not perfected service due to ongoing settlement negotiations and that it planned to file an Amended Complaint within 20 days and would ensure that service was perfected within 120 days of the filing of the original Complaint. Subsequently, on September 3, 2009, ELECTRI filed its Amended Status Report, in which it advised the Court that it would file its Amended Complaint by September 11, 2009.

The parties have reached a settlement agreement in principle. ELECTRI will submit a supplemental report to the Court by September 28, 2009, documenting the settlement.

To ensure that service is perfected by September 18, 2009, pursuant to this Court's August 11, 2009 Order and Federal Rule of Procedure 4(m), counsel for Defendants Kroll Inc. and Kroll Associates, Inc. (collectively, "Kroll") has agreed to waive service of

---

MICHAEL S. OLIN, P.A.
Alfred I. DuPont Building, Suite 1224, 169 East Flagler Street, Miami, Florida 33131

CASE NO. 09-21385 CIV-HUCK/O'SULLIVAN

summons.  The original Complaint and corresponding waiver documents have been sent via FedEx to Kroll's counsel, Barry H. Berke of the firm Kramer Levin Naftalis & Frankel LLP.

Dated: September 11, 2009.

Respectfully submitted,

**MICHAEL S. OLIN, P.A.**
Alfred I. DuPont Building, Suite 1224
169 East Flagler Street
Miami, Florida  33131
(305) 677-5088 / Fax (305) 677-5089


By:  s/Michael  S. Olin
MICHAEL S. OLIN
Florida Bar No. 220310

John F. Stoviak, Esq. (PA Bar No.: 23471)
Candice Toll Aaron, Esq. (PA Bar No.: 3041068)
Jennifer L. Farer, Esq. (PA Bar. No. 206024)
Saul Ewing LLP
Center Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Phone: (215) 972-7777
**OF COUNSEL**