## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CIVIL ACTION NO. 1:09-cv-21385

| | |
|---|---|
| ELECTRI INTERNATIONAL – THE FOUNDATION FOR ELECTRICAL CONSTRUCTION, INC., | : : : : |
| Plaintiff, | : : |
| v. | : : |
| KROLL INC. and KROLL ASSOCIATES, INC., | : : : |
| Defendants. | : |

_____

### THIRD AMENDED STATUS REPORT

On September 11, 2009, ELECTRI International – The Foundation for Electrical Construction, Inc. ("ELECTRI") submitted its Second Amended Status Report, informing the Court that the parties had reached a settlement agreement in principle, and ELECTRI would submit a supplemental report to the Court by September 28, 2009, documenting the settlement. In addition, ELECTRI ensured that it would perfect service of the Complaint by September 18, 2009 by filing a waiver of service of summons on behalf of Kroll Inc. and Kroll Associates, Inc., respectively, pursuant to Federal Rule of Procedure 4(d).

The parties are in the process of finalizing a formal settlement agreement. The parties have exchanged draft settlement agreements and have been diligently negotiating the language contained in the settlement agreement. Currently, there are only three outstanding language disagreements, and the parties hope to resolve these drafting issues shortly. ELECTRI plans to submit a supplemental report by October 28, 2009.

Additionally, ELECTRI hereby informs the Court that, on September 16, 2009, ELECTRI filed a waiver of service on behalf of Kroll Inc. and Kroll Associates, Inc., respectively, and perfected service pursuant to Federal Rule of Procedure 4(d).

>Respectfully submitted,
>
>  s/Michael Olin_____
> Michael S. Olin (FL Bar No.: 220310)
> Michael S. Olin, P.A.
> Alfred I. DuPont Building
> 169 E. Flagler Street
> Suite 1224
> Miami, Florida  33131
> (305) 677-5088
> (305) 677-5089 (fax)
> molin@olinlawfirm.com
>
> **ATTORNEY FOR PLAINTIFF**

John F. Stoviak, Esq.    (PA Bar No.: 23471)
Candice Toll Aaron, Esq. (PA Bar No.: 3041068)
Jennifer L. Farer, Esq.   (PA Bar. No. 206024)
Saul Ewing LLP
Center Square West
1500 Market Street
38th Floor
Philadelphia, PA 19102
Phone:  215-972-7777

**OF COUNSEL**

DATED:  September 27, 2009