UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 1:09-cv-21385

| | |
|---|---|
| ELECTRI INTERNATIONAL - THE FOUNDATION FOR ELECTRICAL CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> KROLL INC. and KROLL ASSOCIATES, INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF APPEARANCE

Andrew G. Tretter, Esq. and the law firm of Quarles & Brady LLP, hereby give notice of their appearance in the above-styled cause as counsel for Defendants, KROLL INC. and KROLL ASSOCIATES, INC., and request that all documents filed in this cause from this date forward be served on Andrew G. Tretter, Esq. of Quarles & Brady LLP at the address set forth below.

Dated this 19th day of October, 2009.

QB\9023316.1

Respectfully Submitted

By: s/Andrew G. Tretter
    Andrew G. Tretter
    Florida Bar No. 160326
    Quarles & Brady LLP
    1395 Panther Lane, Suite 300
    Naples, FL 34109-7874
    Phone: (239) 434-4955
    Fax: (239) 434-4999

    ECF Email: andrew.tretter@quarles.com

*ATTORNEYS FOR DEFENDANTS KROLL INC. and KROLL ASSOCIATES, INC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of October, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing document was furnished by email, through the court's CM/ECF electronic mail system to:

Michael Scott Olin, Esq.
Michael S. Olin, P.A.
169 E. Flagler St., Ste. 1224
Miami, FL 33131
Email: igarcia@olinlawfirm.com

            By: s/Andrew G. Tretter
                ANDREW G. TRETTER