UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 1:09-cv-21385

| | |
|---|---|
| ELECTRI INTERNATIONAL - THE FOUNDATION FOR ELECTRICAL CONSTRUCTION, INC., | : <br> : <br> : <br> : |
| Plaintiff, | : |
| v. | : <br> : |
| KROLL INC. and KROLL ASSOCIATES, INC., | : <br> : <br> : |
| Defendants. | : <br> : |

**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants, KROLL INC. and KROLL ASSOCIATES, INC., hereby disclose that the parent corporation of Kroll Associates, Inc., is Kroll, Inc., which is a wholly-owned subsidiary of Marsh & McLennan Companies, Inc.

Dated this 19th day of October, 2009.

QB\9023671.1
10/19/09

Respectfully Submitted

By: s/Andrew G. Tretter
    Andrew G. Tretter
    Florida Bar No. 160326
    Quarles & Brady LLP
    1395 Panther Lane, Suite 300
    Naples, FL 34109-7874
    Phone: (239) 434-4955
    Fax: (239) 434-4999

    ECF Email: andrew.tretter@quarles.com

*ATTORNEYS FOR DEFENDANTS KROLL INC. and KROLL ASSOCIATES, INC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of October, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing document was furnished by email, through the court's CM/ECF electronic mail system to:

Michael Scott Olin, Esq.
Michael S. Olin, P.A.
169 E. Flagler St., Ste. 1224
Miami, FL 33131
Email: igarcia@olinlawfirm.com

        By: s/Andrew G. Tretter
        ANDREW G. TRETTER