UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 1:09-cv-21385

ELECTRI INTERNATIONAL –
THE FOUNDATION FOR ELECTRICAL
CONSTRUCTION, INC.,

   Plaintiff,

v.

KROLL INC. and
KROLL ASSOCIATES, INC.,

   Defendants.

## STIPULATION OF DISMISSAL

WHEREAS, on May 21, 2009, Plaintiff ELECTRI International – The Foundation for Electrical Construction, Inc. ("Plaintiff") filed a Complaint against Kroll Inc. and Kroll Associates, Inc. (collectively "Kroll" or "Defendants") in the above-captioned action (the "Action");

WHEREAS, both parties to the Action have agreed to dismiss the Action in its entirety pursuant to the terms of a settlement agreement (the "Settlement") between the parties;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The Action is to be dismissed with prejudice;
2. The parties will bear their own costs and fees; and

3.This Court reserves jurisdiction over this Action for purposes of enforcing the Settlement provisions regarding payment and dismissal of the Action.

_____
Michael OlinAndrew G. Tretter
Michael S. Olin, P.A.Quarles & Brady LLP
Alfred I. DuPont Building1395 Panther Lane
169 E. Flagler StreetSuite 300
Suite 1224Naples, Florida 34109
Miami, Florida 33131(239) 434-4955
(305) 677-5088(239) 213-5455 (fax)
(305) 677-5089 (fax)andrew.tretter@quarles.com
molin@olinlawfirm.com*Counsel for Defendants*
*Counsel for Plaintiff*


John F. Stoviak (PA Bar No. 23471)Barry H. Berke (NY Bar No. 2361541)
Candice Toll Aaron (PA Bar No. 3041068)Steven S. Sparling (NY Bar No. 2984425)
Jennifer L. Farer (PA Bar No. 206024)Arielle Warshall Katz (NY Bar No. 4460119)
**Saul Ewing LLP****Kramer Levin Naftalis & Frankel LLP**
1500 Market Street1177 Avenue of the Americas
38th FloorNew York, New York 10036
Philadelphia, PA 19102(212) 715-7660
(215) 972-7777*Of Counsel*
*Of Counsel*


DATED: October 9, 2009DATED: October 20, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 1:09-cv-21385

| | |
|---|---|
| ELECTRI INTERNATIONAL – THE FOUNDATION FOR ELECTRICAL CONSTRUCTION, INC., | : : : : |
| Plaintiff, | : : |
| v. | : : |
| KROLL INC. and KROLL ASSOCIATES, INC., | : : : |
| Defendants. | : |

## ORDER OF DISMISSAL

Upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED:

(1) The Stipulation of Dismissal is approved;

(2) This case is dismissed with prejudice;

(3) The parties shall bear their own costs and fees; and

(4) The Court reserves jurisdiction over this case for purposes of enforcing the settlement provisions regarding payment and dismissal of this case.

DONE and ORDERED this ___ day of October, 2009.

_____
The Honorable Paul C. Huck

cc: Michael Olin, Michael S. Olin, P.A.
John Stoviak, Saul Ewing, LLP
Candice Aaron, Saul Ewing, LLP
Jennifer Farer, Saul Ewing, LLP
Andrew G. Tretter, Quarles & Brady LLP
Barry H. Berke, Kramer Levin Naftalis & Frankel LLP
Steven S. Sparling, Kramer Levin Naftalis & Frankel LLP
Arielle Warshall Katz, Kramer Levin Naftalis & Frankel LLP