UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-21385-CIV-HUCK/O'SULLIVAN

ELECTRI INTERNATIONAL – THE
FOUNDATION FOR ELECTRICAL
CONSTRUCTION, INC.,

    Plaintiff,

vs.

KROLL INC. and
KROLL ASSOCIATES, INC.,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal (D.E. #15), filed October 21, 2009. The Court has reviewed the Stipulation and is otherwise duly advised in the premises. Accordingly, it is hereby

ORDERED that this action is dismissed with prejudice. The parties will bear their own costs and fees. The Court retains jurisdiction solely to enforce the terms of the settlement agreement between the parties. All pending motions are denied as moot and the case is closed.

DONE and ORDERED in Chambers at Miami, Florida, October 22, 2009.

                                            Paul C. Huck
                                            United States District Judge

**Copies furnished to:**
Counsel of Record